THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TIMOTHY HEDRICK**                                                                                          **PLAINTIFF**

**v.**                           **Case No. 1:19-cv-00078-KGB**

**ALBERT ROOKE, Sheriff, Fulton County,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses without prejudice plaintiff Timothy Hedrick's complaint.

It is so ordered this 27th day of January, 2020.

                                                                 Kristine G. Baker
                                                                 United States District Judge