# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TIMOTHY HEDRICK**                                                                               **PLAINTIFF**

**v.**                        **Case No. 1:19-cv-00078-KGB**

**ALBERT ROOKE, Sheriff, Fulton County,** *et al.*                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Timothy Hedrick's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

                                                                          Kristine G. Baker
                                                                          United States District Judge